COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-06-222-CV

IN RE AMY ELIZABETH FYLLING RELATOR

------------

ORIGINAL PROCEEDING

 

------------

MEMORANDUM OPINION
(footnote: 1)

------------

The court has considered relator’s petition for writ of habeas corpus 
and is of the opinion that relief should be denied.
  Accordingly, relator’s petition for writ of habeas corpus is denied.

Relator shall pay all costs incurred in this proceeding, for which let execution issue.

PER CURIAM

PANEL B:  HOLMAN, WALKER, and MCCOY, JJ.

DELIVERED:  June 22, 2006

FOOTNOTES
1:
See 
Tex. R. App. P.
 47.4.